IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES ASHFORD
ADC #133975                                                                         PLAINTIFF

v.                          CASE NO. 5:19-CV-00094 BSM

B. GEORGE, Sergeant,
Tucker Maximum Security Unit                                                  DEFENDANT

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge J. Thomas Ray [Doc. No. 11] has been received. After careful review of the record, the RD is adopted.

IT IS SO ORDERED this 23rd day of October 2019.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE