**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**CHARLES ASHFORD**  **PLAINTIFF**
**ADC #133975**

v.   Case No. 5:19-cv-00094-BSM

**GEORGE BELT, Sergeant,
Tucker Max**   **DEFENDANT**

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge J. Thomas Ray [Doc. No. 32] has been received. After carefully reviewing the record, the RD is adopted. Belt's motion to revoke Charles Ashford's *in forma pauperis* status [21] is granted, and this case is dismissed without prejudice. Ashford's motions for preliminary injunctive relief, a temporary restraining order, and an emergency protective order [Doc. Nos. 20, 28] are denied as moot. Ashford may reopen this case within thirty days by filing a motion to reopen and paying the $400 filing fee in full. It is certified that an *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 4th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE